

A CERTIFIED TRUE COPY

ATTEST

By Tanisha Spinner on Aug 18, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Aug 18, 2008**

FILED
CLERK'S OFFICE

**IN RE: THE BEAR STEARNS COMPANIES INC.
SECURITIES, DERIVATIVE AND EMPLOYEE
RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**          MDL No. 1963

## TRANSFER ORDER

**Before the entire Panel**[*]: Defendants The Bear Stearns Companies Inc. (Bear Stearns) and Alan D. Schwartz have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of the actions listed on Schedule A in the Southern District of New York. The defendants' motion encompasses fourteen actions in the Southern District of New York and one action in the Eastern District of New York.[1] Plaintiffs in three Southern District of New York actions support transfer of the outlying Eastern District of New York action to the Southern District of New York, but emphasize the need for coordinated, but not consolidated, treatment of their actions.

After considering all argument of counsel, we find that these fifteen actions involve common questions of fact, and that centralization under Section 1407 in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share allegations regarding, *inter alia*, whether Bear Stearns and certain of its current and former officers and directors knowingly made material misstatements or omissions concerning the company's financial health that misled investors and caused investor losses when the company's stock price fell in March 2008. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

The responding plaintiffs' concerns regarding the manner and extent of coordination or consolidation of the pretrial proceedings can be presented to the transferee judge. The governing statute contemplates transfer for "coordinated or consolidated pretrial proceedings." 28 U.S.C. § 1407(a). Accordingly, we leave the degree of any coordination or consolidation to the discretion of the transferee

---

[*]  Judge Heyburn took no part in the decision of this matter.

[1]  In addition to the actions included on the motion for transfer, four other actions are pending in the Southern District of New York and one related action is pending in the Northern District of Georgia. In light of our disposition of this docket, these actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

judge. *See In re Pfizer Inc. Securities, Derivative & "ERISA" Litigation*, 374 F.Supp.2d 1348, 1349-50 (J.P.M.L. 2005).

The Southern District of New York stands out as an appropriate transferee forum. No party has opposed centralization in the Southern District of New York, and at least eighteen actions are already pending in this district before one judge, who has significant experience presiding over multidistrict litigation. Given the location of Bear Stearns headquarters within this district, relevant documents and witnesses can be expected to be found there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action listed on Schedule A and pending outside the Southern District of New York is transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Robert W. Sweet for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

J. Frederick Motz
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman* | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen |

**IN RE: THE BEAR STEARNS COMPANIES INC.
SECURITIES, DERIVATIVE AND EMPLOYEE
RETIREMENT INCOME SECURITY ACT
(ERISA) LITIGATION**                                    MDL No. 1963

## SCHEDULE A

Eastern District of New York

Carmela Starace v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-1178

Southern District of New York

Samuel T. Cohen, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:07-10453
Eastside Holding, Inc. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-2793
Aaron Howard, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-2804
Razill C. Becher v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-2866
Estelle Weber, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-2870
Anthony Pisano, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3006
Greek Orthodox Archdiocese Foundation, et al. v. The Bear Stearns Companies, Inc., et al.,
    C.A. No. 1:08-3013
Hans Menos, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3035
Ira Gewirtz, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3089
Drew V. Lounsbury, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3326
Shelden Greenberg, et al. v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3334
Scott Wettersten v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3351
Rita Rusin v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3441
Lawrence Fink v. The Bear Stearns Companies, Inc., et al., C.A. No. 1:08-3602

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                    Page 1

Docket:  1963 - IN RE: The Bear Stearns Companies Inc. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation
Status:  Transferred on 08/18/2008
Transferee District:  NYS      Judge: Sweet, Robert W.                                    Printed on 08/18/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aguilar, George C.<br>ROBBINS UMEDA & FINK LLP<br>610 West Ash Street<br>Suite 1800<br>San Diego, CA 92101-3350 | =>Phone: (619) 525-3990  Fax: (619) 625-3991  Email: notice@ruflaw.com<br>Birn (Derivatively/Behalf-Bear Stearns Companies, Inc.), Jerome* |
| Anders, David B.<br>WACHTELL LIPTON ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019 | =>Phone: (212) 403-1000  Fax: (212) 403-2307  Email: dbanders@wlrk.com<br>Spector, Warren J.* |
| Brower, David A.P.<br>BROWER PIVEN APC<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022 | =>Phone: (212) 501-9000  Fax: (212) 501-0300  Email: Brower@BrowerPiven.com<br>Cohen (Derivatively/Behalf-Bear Stearns Companies, Inc.), Samuel T. |
| Chepiga, Michael J.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017 | =>Phone: (212) 455-2598  Fax: (212) 455-2502  Email: mchepiga@stblaw.com<br>Molinaro, Jr., Samuel L.* |
| Federman, William B.<br>FEDERMAN & SHERWOOD<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120 | =>Phone: (405) 235-1560  Fax: (405) 239-2112  Email: wfederman@aol.com<br>Greek Orthodox Archdiocese Foundation*; Keritsis, George |
| Goldberg, Jill<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022 | =>Phone: (212) 756-2331  Fax: (212) 593-5955  Email: jill.goldbergmintzer@srz.com<br>Greenberg, Alan C.* |
| Karp, Brad S.<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | =>Phone: (212) 373-3316  Fax: (212) 373-2384  Email: bkarp@paulweiss.com<br>Bear Stearns Companies, Inc.*; Custodial Trust Co. |
| Kasner, Jay B.<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036 | =>Phone: (212) 735-2628  Fax: (212) 777-2000  Email: Jay.Kasner@skadden.com<br>Schwartz, Alan D.* |
| Levy, Lester L.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022 | =>Phone: (212) 451-9606  Fax: (212) 486-2093  Email: llevy@wolfpopper.com<br>Weber (Ind./Behalf-The Bear Stearns Companies, Inc., Employee Stock Ownership Plan), Estelle*;<br>Weber, Estelle* |
| Loeser, Derek W.<br>KELLER ROHRBACK LLP | =>Phone: (206) 623-1900  Fax: (206) 623-3384  Email: dloeser@kellerrohrback.com<br>Greenberg, Shelden* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1201 Third Avenue<br>Suite 3200<br>Seattle, WA 98101 | |
| Markel, Gregory A.<br>CADWALADER WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281 | **=>Phone: (212) 504-6000 Fax: (212) 504-6666 Email: gregory.markd@cwt.com**<br>Cayne, James E.; Farber, Jeffrey M.; Mayer, Jeffrey; Minikes, Michael |
| Mastro, Randy M.<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193 | **=>Phone: (212) 351-3325 Fax: (212) 351-5219 Email: RMastro@gibsondunn.com**<br>Bienen, Henry*; Glickman, Carl D.*; Goldstein, Michael*; Harrington, Donald J.*; Nickell, Frank<br>T.*; Novelly, Paul A.*; Salerno, Frederic V.*; Tese, Vincent*; Williams, Jr., Wesley S.* |
| Mills, Edwin J.<br>STULL STULL & BRODY<br>6 East 45th Street<br>Suite 500<br>New York, NY 10017 | **=>Phone: (212) 687-7230 Fax: (212) 490-2022 Email: emills@ssbny.com**<br>Lounsbury, Drew V.* |
| Rabin, I. Stephen<br>RABIN & PECKEL LLP<br>275 Madison Avenue<br>Suite 420<br>New York, NY 10016 | **=>Phone: (212) 682-1818 Fax: (212) 682-1892**<br>Menos, Hans |
| Rosenfeld, David Avi<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747 | **=>Phone: (631) 367-7100 Fax: (631) 367-1174 Email: drosenfeld@csgrr.com**<br>Eastside Holding, Inc.* |
| Rudman, Samuel H.<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747 | **=>Phone: (631) 367-7100 Fax: (631) 367-1173 Email: srudman@csgrr.com**<br>Becher, Razill C. |
| Silberstein, Milo<br>DEALY & SILBERSTEIN<br>225 Broadway<br>Suite 1405<br>New York, NY 10007 | **=>Phone: (212) 385-0066 Fax: (212) 385-2117**<br>Greenberg, Shelden; Howard, Aaron |
| Skirnick, Robert A.<br>MEREDITH COHEN GREENFOGEL & SKIRNICK PC<br>One Liberty Plaza<br>35th Floor<br>New York, NY 10006 | **=>Phone: (212) 240-0020 Fax: (212) 240-0021 Email: mcgsny@aol.com**<br>Fink, Lawrence; Gewirtz, Ira; Pisano, Anthony; Rusin, Rita |
| Sokoloff, Richard<br>3245 Route 112<br>Suite 1 | **=>Phone: (631) 696-8545**<br>Starace, Carmela |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,963 Continued)*                                                                                            Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Medford, NY 11763

Stone, Ralph M.                                         =>**Phone: (212) 239-4340  Fax: (212) 239-4310  Email: rstone@lawssb.com**
SHALOV STONE BONNER & ROCCO LLP               Wettersten, Scott
485 Seventh Avenue
Suite 1000
New York, NY 10018

Note: Please refer to the report title page for complete report scope and key.