UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE BEAR STEARNS COMPANIES, INC.          08 MDL 1963
SECURITIES, DERIVATIVE, AND ERISA
LITIGATION                                   OPINION

This Document Relates To:

Wang v. The Bear Stearns Companies,
Inc. et al., 11 Civ. ~~5463~~ 5643 (RWS)

------------------------------------x

**Sweet, D.J.**

    Plaintiff's objection to consolidation, dated August 26, 2011, will be heard on submission, without oral argument, on Wednesday, September 28, 2011. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**September 6, 2011**

                                                ROBERT W. SWEET
                                                    U.S.D.J.