```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

IN RE THE BEAR STEARNS COMPANIES, INC.
SECURITIES, DERIVATIVE, AND ERISA            Master File No.:
LITIGATION                                   08 MDL 1963 (RWS)

This Document Relates To:
    Securities Action, No. 08 Civ. 2793      ECF CASE

------------------------------------------X

BRUCE S. SHERMAN,

            Plaintiff,                       09 Civ. 8161 (RWS)
                                             SEALED OPINION
    - against -

BEAR STEARNS COMPANIES, INC., JAMES
CAYNE, WARREN SPECTOR, AND DELOITTE
& TOUCHE LLP,

            Defendants.

------------------------------------------X
```

**Sweet D.J.,**

This Court's Opinion dated July 5, 2016 was filed under seal consistent with the parties' representations that submissions and facts upon which the Opinion was based were confidential non-public information subject to a protective order. Counsel having submitted requested redactions consistent with the protective order, the Opinion shall be filed in redacted form.

It is so ordered.

New York, NY
July 2(, 2016

_____
ROBERT W. SWEET
U.S.D.J.