UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE THE BEAR STEARNS COMPANIES, INC.
SECURITIES, DERIVATIVE, AND ERISA
LITIGATION

Master File No.:
08 MDL 1963 (RWS)

This Document Relates To:

ECF Case

Securities Action, No. 08 Civ. 2793 (RWS)



BRUCE S. SHERMAN,

Plaintiff,

v.

Index No.:
09 Civ. 8161 (RWS)

THE BEAR STEARNS COMPANIES INC., JAMES E.
CAYNE, WARREN J. SPECTOR, AND DELOITTE &
TOUCHE LLP,

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and among counsel for the undersigned

parties that this action is hereby dismissed with prejudice.

Dated: New York, New York
September 11, 2017

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

By: _____

John F. Baughman (jbaughman@paulweiss.com)
Jessica S. Carey (jcarey@paulweiss.com)
Geoffrey R. Chepiga (gchepiga@paulweiss.com)

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

By: /s/ David S. Frankel

David S. Frankel (dfrankel@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
*Attorneys for Defendant James E. Cayne*

By: _____

David B. Anders (dbanders@wlrk.com)
Marshall L. Miller (mlmiller@wlrk.com)
WACHTELL, LIPTON, ROSEN & KATZ LLP
51 West 52nd Street
New York, NY 10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*

By: _____

Philip C. Korologos (pkorologos@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Foor
New York, NY 10022
(212) 446-2390

Richard B. Drubel (rdrubel@bsfllp.com)
Matthew J. Henken (mhenken@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel: (603) 643-9090
*Attorneys for Plaintiff Bruce S. Sherman*

```
                    1285 Avenue of the Americas
                    New York, NY 10019-6064
                    (212) 373-3000
                    Attorneys for Defendant The Bear Stearns Companies Inc.

By:                 _____
                    David S. Frankel (dfrankel@kramerlevin.com)
                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                    1177 Avenue of the Americas
                    New York, NY 10036
                    (212) 715-9100
                    Attorneys for Defendant James E. Cayne

By:                 /s/ D. B. A.
                    David B. Anders (dbanders@wlrk.com)
                    Marshall L. Miller (mlmiller@wlrk.com)
                    WACHTELL, LIPTON, ROSEN & KATZ LLP
                    51 West 52nd Street
                    New York, NY 10019
                    (212) 403-1000
                    Attorneys for Defendant Warren J. Spector

By:                 _____
                    Philip C. Korologos (pkorologos@bsfllp.com)
                    BOIES, SCHILLER & FLEXNER LLP
                    575 Lexington Avenue, 7th Foor
                    New York, NY 10022
                    (212) 446-2390

                    Richard B. Drubel (rdrubel@bsfllp.com)
                    Matthew J. Henken (mhenken@bsfllp.com)
                    BOIES, SCHILLER & FLEXNER LLP
                    26 South Main Street
                    Hanover, NH 03755
                    Tel: (603) 643-9090
                    Attorneys for Plaintiff Bruce S. Sherman
```

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
*Attorneys for Defendant The Bear Stearns Companies Inc.*

By: _____
David S. Frankel (dfrankel@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
*Attorneys for Defendant James E. Cayne*

By: _____
David B. Anders (dbanders@wlrk.com)
Marshall L. Miller (mlmiller@wlrk.com)
WACHTELL, LIPTON, ROSEN & KATZ LLP
51 West 52nd Street
New York, NY 10019
(212) 403-1000
*Attorneys for Defendant Warren J. Spector*

By: _____/s/_____
Philip C. Korologos (pkorologos@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Foor
New York, NY 10022
(212) 446-2390

Richard B. Drubel (rdrubel@bsfllp.com)
Matthew J. Henken (mhenken@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel: (603) 643-9090
*Attorneys for Plaintiff Bruce S. Sherman*