```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
IN RE BEAR STEARNS COMPANIES, INC.
SECURITIES, DERIVATIVE, AND ERISA              08 MDL 1963
LITIGATION

This Document Relates To:

    Securities Action, 08 Civ. 2793
------------------------------------------X
BRUCE S. SHERMAN,

                        Plaintiff,             09 Civ. 8161

    -against-
                                               ORDER

BEAR STEARNS COMPANIES INC., JAMES CAYNE,
WARREN SPECTOR AND DELOITTE & TOUCHE
LLP,
                        Defendants.
------------------------------------------X
```

**Sweet, D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/17

Pursuant to the stipulation of dismissal with prejudice dated September 19, 2017, the above-captioned case is closed.

It is so ordered.

**New York, NY**
**October 16, 2017**

/s/ Sweet
ROBERT W. SWEET
U.S.D.J.